**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Arthur Schwartz and Kelly Craig,**

**Plaintiffs,**

**-against-**

**Internal Revenue Service,**

**Defendant.**

**1:26-cv-01881 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby ORDERED as follows:

1. No later than October 19, 2026, Defendant shall produce to Plaintiffs a copy of the administrative file.
2. Thereafter, the parties shall meet and confer and, no later than November 2, 2026, file a joint letter setting forth their positions regarding further discovery and/or a proposed briefing schedule for dispositive motions.
3. Following its review of the foregoing joint letter, the Court shall enter an appropriate scheduling order.

**SO ORDERED.**

Dated: New York, New York
September 17, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge